UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 21-01933-JLS | Date | July 1, 2022 |
|---|---|---|---|
| Title | Emerge Employer Solutions Inc. v. Infinza, Inc., et al. | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Krystal Pastrana Hernandez | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Michael Fischer                                          Colin Fraser

**PROCEEDINGS: (ZOOM) DEFENDANT NATIONAL PAYMENT CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS, MOTION TO STRIKE, AND IN THE ALTERNATIVE MOTION TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE**

Motion hearing held on Zoom.   The Court hears oral argument from the parties.

For the reasons stated on the record, the Court grants Defendant NatPay's Motion to Dismiss or Transfer and dismisses Defendant, NatPay, from the present action.   The dismissal shall be without prejudice to refiling in a proper forum identified by the applicable forum selection clause.

00 : 14

Initials of Deputy Clerk   kmph