Colin W. Fraser (SBN CA 266867)
frasercw@gtlaw.com
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Telephone: 949.732.6500
Facsimile: 949.732.6501

Roland Garcia (Pro Hac Vice)
garciar@gtlaw.com
Anna Robshaw (SBN CA 317953)
robshawa@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: 713.374.3500
Facsimile: 713.374.3505

Attorneys for Defendant
NATIONAL PAYMENT CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERGE EMPLOYER SOLUTIONS INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>INFINZA, INC., an Alabama Corporation; NATIONAL PAYMENT CORPORATION, a Florida Corporation; and DOES 1-25, inclusive,<br><br>        Defendants. | CASE NO.  8:21-cv-01933-JLS-DFM<br><br>**DEFENDANT NATIONAL PAYMENT CORPORATION'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>Date:        October 21, 2022<br>Time:        10:30 a.m.<br>Crt. Rm.: 10A<br><br>Assigned to Hon. Josephine L. Staton |

DEFENDANT NATIONAL PAYMENT CORPORATION'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** on October 21, 2022 at 10:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 10A of the above-entitled court, located at 411 W. Fourth St., Santa Ana, CA, 92701, Defendant National Payment Corporation ("NatPay") will and hereby does move this Court pursuant to Rule 54(d)(2) and Local Rule 54-7 to recover fees and interest from Plaintiff Employer Solutions, Inc. ("EESI") under 28 U.S.C. § 1927 and California Code of Civil Procedure § 128.5 on the grounds that EESI unreasonably and vexatiously multiplied the proceedings in this case by ignoring the forum selection clause in the Service Agreement between EESI and NatPay, which requires any litigation arising out of or relating to the Service Agreement to be brought in Florida.

This motion is based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Colin W. Fraser, and on such other and further matters as the Court may consider.  This motion is based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Colin W. Fraser, and on such other and further matters as the Court may consider.  Pursuant to Local Rule 7-3, NatPay's contacted tried to contact EESI's counsel and was unable to reach him.

DATED:  July 19, 2022                    GREENBERG TRAURIG, LLP


                                         By _____ /s/ Colin W. Fraser _____
                                         Colin W. Fraser
                                         Roland Garcia
                                         Anna M. Robshaw

                                         Attorneys for Defendant
                                         NATIONAL PAYMENT CORPORATION

DEFENDANT NATIONAL PAYMENT CORPORATION'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES