# EXHIBIT B

**Dhaliwal, Amrit (Assoc-OC-LT)**

| | |
|---|---|
| **From:** | Fraser, Colin (Shld-OC-LT) |
| **Sent:** | Tuesday, July 19, 2022 3:27 PM |
| **To:** | Michaël Fischer |
| **Cc:** | Dhaliwal, Amrit (Assoc-OC-LT); Garcia, Roland (Shld-Hou-LT) |
| **Subject:** | Meet and Confer re: NatPay Motion for Attorney's Fees |

Mr. Fischer,

I'm writing to follow up on the voicemails that I left for you this afternoon because I would like to meet and confer concerning NatPay's anticipated motion for attorney's fees pursuant to 28 USC 1927, which provides: "Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."

EESI unreasonably and vexatiously multiplied the proceedings in this case by ignoring the forum selection clause in the Service Agreement between EESI and NatPay, which requires any litigation arising out of or relating to the Service Agreement to be brought in Florida. The forum selection clause clearly applied to EESI's tort claims because the only basis for any obligation of NatPay to provide the services at issue in EESI's complaint arose solely from the Service Agreement. This should have been clear when EESI filed that lawsuit and would have been revealed by cursory research.

I am available this afternoon to discuss at your convenience.

Best,
Colin

**Colin Fraser**
Shareholder
Greenberg Traurig, LLP
18565 Jamboree Road
Suite 500 | Irvine, CA 92612
T 949 732 6663
frasercw@gtlaw.com  |  www.gtlaw.com

# EXHIBIT A



Invoice No. :  1000023505
File No.     :  190097.010300
Bill Date   :  July 7, 2022


National Payment Corporation
3415 West Cypress St.
Tampa, FL  33607

Attn:  George E. Hamilton
       Chairman


## INVOICE


Re:   Emerge Employer Solutions Inc.

Legal Services through June 30, 2022:

|  |  |  |
|---|---|---|
|  | $ | 34,097.50 |
| Less Courtesy Discount: | $ | (16,837.50) |
| Total Fees: | $ | 17,260.00 |
| **Current Invoice**: | **$** | **17,260.00** |


RG:CS
Tax ID: 13-3613083

**WE HAVE MOVED**
Greenberg Traurig, LLP | Attorneys at Law | 1000 Louisiana Street | Suite 6700 | Houston, Texas 77002
Tel 713.374.3500 | Fax 713.374.3505 | www.gtlaw.com

 GreenbergTraurig

Invoice No. :    1000023505
File No.      :    190097.010300

**Note:  Payment is Due 30 Days from Date of Invoice**

*FOR YOUR CONVENIENCE,*
*PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
*FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:                    WELLS FARGO BANK
ABA #:                   121000248

**For ACH Instructions:**
Bank:                    WELLS FARGO BANK
ABA#                     063107513

CREDIT TO:               GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:               2000014648663
**PLEASE**
**REFERENCE:**           **CLIENT NAME:**      **NATIONAL PAYMENT CORPORATION**
                         **FILE NUMBER:**      **190097.010300**
                         **INVOICE NUMBER:**   **1000023505***
                         **BILLING**
                         **PROFESSIONAL:**     **Roland Garcia**
IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**

RG:CS
Tax ID: 13-3613083

**WE HAVE MOVED**
Greenberg Traurig, LLP | Attorneys at Law | 1000 Louisiana Street | Suite 6700 | Houston, Texas 77002
Tel 713.374.3500 | Fax 713.374.3505 | www.gtlaw.com



Invoice No. :   1000023505
File No.    :   190097.010300

### Summary of Fees (Current Invoice)

| Timekeeper | Status | Hours | Rate | Amount |
|---|---|---|---|---|
| Colin W. Fraser | Shareholder | 14.90 | 550.00 | 8,195.00 |
| Roland Garcia | Shareholder | 9.20 | 350.00 | 3,220.00 |
| Anna Robshaw | Associate | 16.70 | 350.00 | 5,845.00 |
| | Totals: | 40.80 | | $   17,260.00 |

| | | ---------------------- Past Due  ---------------------- | | |
|---|---|---|---|---|
| Total Due | 0-30 Days | 31+ Days | 61+ Days | 91+ Days |
| $ 17,260.00 | 17,260.00 | 0.00 | 0.00 | 0.00 |

\* \* \* \* \*

RG:CS
Tax ID: 13-3613083

**WE HAVE MOVED**
Greenberg Traurig, LLP | Attorneys at Law | 1000 Louisiana Street | Suite 6700 | Houston, Texas 77002
Tel 713.374.3500 | Fax 713.374.3505 | www.gtlaw.com

Invoice No.:   1000023505                                                          Page 1
Re:            Emerge Employer Solutions Inc.
Matter No.:    190097.010300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/05/22 | Colin W. Fraser | Review and revise draft discovery to be served on EESI by Infinza in the NatPay litigation. | 0.50 | 275.00 |
| 06/07/22 | Roland Garcia | Receive and review Infiza's Request for Production of Documents (.20); receive and review correspondence on same (.10). | 0.30 | 105.00 |
| 06/10/22 | Roland Garcia | Receive and review ECF notice (.1); receive and review Plaintiff's Evidentiary Objections (.2); receive and review Opposition to Motion to Dismiss (.3). | 0.60 | 210.00 |
| 06/10/22 | Anna Robshaw | Review and analyze Opposition to NatPay's Motion to Dismiss in preparation for reply in support of same. | 1.40 | 490.00 |
| 06/13/22 | Colin W. Fraser | Review and draft notes concerning EESI's opposition to NatPay motion to dismiss, including drafting detailed email to Anna Robshaw with guidance for drafting our reply brief. | 2.30 | 1,265.00 |
| 06/13/22 | Roland Garcia | Receive and review research from Colin Fraser for drafting motions (.30); receive and review correspondence from Anna Robshaw on same (.10); receive and review reply (.10); receive and review correspondence regarding Plaintiff's objection to Declaration (.10). | 0.60 | 210.00 |
| 06/13/22 | Anna Robshaw | Strategy determinations regarding reply in support of Motion to Dismiss; begin review and analysis of relevant case law for same. | 1.60 | 560.00 |
| 06/14/22 | Colin W. Fraser | Call with Anna Robshaw to discuss NatPay reply in support of motion to dismiss. | 0.40 | 220.00 |
| 06/14/22 | Anna Robshaw | Continue developing Reply in support of Motion to Dismiss. | 1.40 | 490.00 |
| 06/15/22 | Anna Robshaw | Continue preparation of Reply in support of Motion to Dismiss. | 2.30 | 805.00 |
| 06/16/22 | Colin W. Fraser | Research and draft NatPay's reply in support of motion to dismiss EESI complaint. | 3.40 | 1,870.00 |
| 06/16/22 | Roland Garcia | Receive and review correspondence from Colin Fraser regrding plaintiff's objections (.20); draft reply (.10); receive and review response (.20); draft reply (.10); draft status note to client regarding authentication issue and work on same (.50); receive and review correspondence from Anna Robshaw on same (.10); draft reply (.10); receive and review correspondence from Mr. Fraser on same (.10); receive and review correspondence from Anna Robshaw and draft declaration (.30); draft reply (.10); receive and review correspondence from Mr. Fraser on same (.10); draft reply (.10); draft correspondence to Mr Hamilton and work on same (.50). | 2.50 | 875.00 |
| 06/16/22 | Anna Robshaw | Review and analyze relevant statutes and case law to develop arguments in Reply in support | 3.60 | 1,260.00 |

Invoice No.:    1000023505                                                                           Page 2
Re:             Emerge Employer Solutions Inc.
Matter No.:     190097.010300

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | of Motion to Dismiss. | | |
| 06/16/22 | Anna Robshaw | Continue to draft Reply in support of Motion to Dismiss. | 4.00 | 1,400.00 |
| 06/17/22 | Colin W. Fraser | Research and draft NatPay's reply in support of motion to dismiss EESI complaint and then coordinate filing of same. | 6.60 | 3,630.00 |
| 06/17/22 | Roland Garcia | Receive and review correspondence from Anna Robshaw regarding research on cases to reply to Plaintiff's Response to Motion to Dismiss (.30); draft reply and recommendation (.20); receive and review response from Colin Fraser (.10); draft response (.10); receive and review correspondence regarding Declaration (.10); receive and review correspondence from George Hamilton on same (.10); conference with Steve Pereira on same (.10); receive and review draft of Reply (.20); draft status note to clients (.20); receive and review reply from client (.10); draft response (.10); draft correspondence to Mr. Fraser regarding revisions (.20); revise Declaration (.30); draft correspondence to Mr. Pereira on same (.20); conference with Mr. Pereira on same (.10); receive and review executed Declaration (.10); draft reply (.10); receive and review revised Reply Brief (.50); draft correspondence to client on same (.10); receive and review response and revisions (.10); draft response (.10); receive and review revisions from Colin Fraser (.20); draft correspondence on same (.10); receive and review clients approval (.10); draft correspondence to Mr. Fraser on same (.10); receive and review Court ECF Notice (.10); receive and review file-stamped reply brief (.10); draft status note to client (.10). | 4.20 | 1,470.00 |
| 06/17/22 | Anna Robshaw | Final revisions to Reply in support of Motion to Dismiss. | 2.40 | 840.00 |
| 06/28/22 | Colin W. Fraser | Call with Roland Garcia to discuss NatPay hearing this week and draft email to client with status update and instructions to access the hearing. | 0.40 | 220.00 |
| 06/28/22 | Roland Garcia | Receive and review correspondence from Colin Fraser and Court links for hearing (.30); conference with Mr. Fraser on status (.30); work on same (.20); receive and review correspondence on hearing (.10); draft reply (.10). | 1.00 | 350.00 |
| 06/30/22 | Colin W. Fraser | Prepare hearing outline for the hearing tomorrow on NatPay's motion to dismiss. | 1.30 | 715.00 |

                                                          Total Time:      40.80
                                                          Total Fees:              $ 17,260.00

Invoice No.:    1000023505
Re:            Emerge Employer Solutions Inc.
Matter No.:     190097.010300

<u>Description of Expenses Billed</u>:

<u>DATE</u>          <u>DESCRIPTION</u>                                              <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**



|  |  |
|---|---|
| Invoice No.: | 5994936 |
| File No.    : | 190097.010300 |
| Bill Date   : | June 3, 2022 |

National Payment Corporation
3415 West Cypress St.
Tampa, FL  33607

Attn:  George E. Hamilton
        Chairman

## INVOICE

Re:   Emerge Employer Solutions Inc.

Legal Services through May 31, 2022:

|  |  |  |
|---|---|---|
|  | $ | 4,367.50 |
| Less Courtesy Discount: | $ | (2,277.50) |
| Total Fees: | $ | 2,090.00 |
| **Current Invoice**: | **$** | **2,090.00** |

RG:CS
Tax ID: 13-3613083



Invoice No.:   5994936
File No.     :   190097.010300

**Note:  Payment is Due 30 Days from Date of Invoice**

> *FOR YOUR CONVENIENCE,*
> *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:            WELLS FARGO BANK
ABA #:           121000248

**For ACH Instructions:**
Bank:            WELLS FARGO BANK
ABA#             063107513

CREDIT TO:       GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:       2000014648663
**PLEASE**
**REFERENCE:**   **CLIENT NAME:**        **NATIONAL PAYMENT CORPORATION**
                 **FILE NUMBER:**        **190097.010300**
                 **INVOICE NUMBER:**     **5994936***
                 **BILLING**
                 **PROFESSIONAL:**        **Roland Garcia**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**

RG:CS
Tax ID: 13-3613083

**WE HAVE MOVED**
Greenberg Traurig, LLP | Attorneys at Law | 1000 Louisiana Street | Suite 6700 | Houston, Texas 77002
Tel 713.374.3500 | Fax 713.374.3505 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.:   5994936
File No.     :   190097.010300

**Summary of Fees (Current Invoice)**

| Timekeeper | Status | Hours | Rate | Amount |
|---|---|---|---|---|
| Colin W. Fraser | Shareholder | 1.70 | 550.00 | 935.00 |
| Roland Garcia | Shareholder | 1.50 | 350.00 | 525.00 |
| Anna Robshaw | Associate | 1.80 | 350.00 | 630.00 |
| | Totals: | 5.00 | $ | 2,090.00 |

--------------------- Past Due ---------------------

| Total Due | 0-30 Days | 31+ Days | 61+ Days | 91+ Days |
|---|---|---|---|---|
| $ 2,090.00 | 2,090.00 | 0.00 | 0.00 | 0.00 |

* * * * *

RG:CS
Tax ID: 13-3613083

**WE HAVE MOVED**

Greenberg Traurig, LLP | Attorneys at Law | 1000 Louisiana Street | Suite 6700 | Houston, Texas 77002
Tel 713.374.3500 | Fax 713.374.3505 | www.gtlaw.com

Invoice No.:    5994936    Page 1
Re:    Emerge Employer Solutions Inc.
Matter No.:    190097.010300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/22 | Roland Garcia | Receive and review Court ECF Notice (.10); receive and review Court Order (.20). | 0.30 | 105.00 |
| 05/03/22 | Roland Garcia | Receive and review correspondence from Colin Fraser regarding Court Order. | 0.10 | 35.00 |
| 05/04/22 | Roland Garcia | Draft correspondence regarding Court's Order. | 0.10 | 35.00 |
| 05/18/22 | Colin W. Fraser | Review and respond to emails with, and hold call with, Thomas Russell concerning stipulation to amend scheduling order in the NatPay litigation; draft discovery requests for Thomas Russell to include in his discovery to Plaintiff; email update to Roland Garcia on same. | 1.70 | 935.00 |
| 05/18/22 | Roland Garcia | Receive and review correspondence regarding discovery issues (.30); draft reply (.10); conference with Anna Robshaw on same (.20); receive and review response from Colin Fraser (.10). | 0.70 | 245.00 |
| 05/19/22 | Roland Garcia | Receive and review correspondence from Anna Robshaw regarding document requests (.10); draft correspondence to Colin Fraser on same (.10); receive and review reply (.10). | 0.30 | 105.00 |
| 05/19/22 | Anna Robshaw | Review and analyze pleadings and pending Motion to Dismiss to prepare draft requests for production. | 1.80 | 630.00 |

Total Time:    5.00
Total Fees:    $ 2,090.00

Invoice No.:     5994936                                                                                    Page 2
Re:              Emerge Employer Solutions Inc.
Matter No.:      190097.010300

Description of Expenses Billed:

DATE          DESCRIPTION                                                                         AMOUNT

**No expenses charged to this file**



|  |  |  |
|---|---|---|
| Invoice No. : | 5967486 |
| File No.     : | 190097.010300 |
| Bill Date   : | May 4, 2022 |

National Payment Corporation
3415 West Cypress St.
Tampa, FL  33607

Attn:  George E. Hamilton
         Chairman

## INVOICE

Re:   Emerge Employer Solutions Inc.

Legal Services through April 30, 2022:

|  |  |  |
|---|---|---|
|  | $ | 3,069.50 |
| Less Courtesy Discount: | $ | (1,777.50) |
| Total Fees: | $ | 1,292.00 |

Expenses:

| Information and Research | 73.00 |  |
|---|---|---|
| Total Expenses: | $ | 73.00 |
| **Current Invoice**: | **$** | **1,365.00** |

RG:CS
Tax ID: 13-3613083



Invoice No. :  5967486
File No.     :  190097.010300

**Note:  Payment is Due 30 Days from Date of Invoice**

> *FOR YOUR CONVENIENCE,*
> *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:                WELLS FARGO BANK
ABA #:              121000248

**For ACH Instructions:**
Bank:                WELLS FARGO BANK
ABA#                063107513

CREDIT TO:          GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:          2000014648663
**PLEASE**
**REFERENCE:**       **CLIENT NAME:**      **NATIONAL PAYMENT CORPORATION**
                    **FILE NUMBER:**       **190097.010300**
                    **INVOICE NUMBER:**    **5967486***
                    **BILLING**
                    **PROFESSIONAL:**      **Roland Garcia**

<u>IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:</u>
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**

RG:CS
Tax ID: 13-3613083



Invoice No.:  5967486
File No.    :  190097.010300

**Summary of Fees (Current Invoice)**

| Timekeeper | Status | Hours | Rate | Amount |
|---|---|---|---|---|
| Colin W. Fraser | Shareholder | 0.50 | 550.00 | 275.00 |
| Roland Garcia | Shareholder | 1.90 | 350.00 | 665.00 |
| Steven Higginbotham | Associate | 0.80 | 440.00 | 352.00 |
| | Totals: | 3.20 | $ | 1,292.00 |

--------------------- Past Due ---------------------

| Total Due | 0-30 Days | 31+ Days | 61+ Days | 91+ Days |
|---|---|---|---|---|
| $ 1,365.00 | 1,365.00 | 0.00 | 0.00 | 0.00 |

\* \* \* \* \*

RG:CS
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 1000 Louisiana | Suite 1700 | Houston, Texas 77002
Tel 713.374.3500 | Fax 713.374.3505 | www.gtlaw.com

Invoice No.:    5967486                                                                    Page 1
Re:             Emerge Employer Solutions Inc.
Matter No.:     190097.010300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/12/22 | Colin W. Fraser | Review and revise draft stipulation to extend trial schedule in the NatPay matter; call with Tom Russell (counsel for Infinza) to discuss same. | 0.40 | 220.00 |
| 04/12/22 | Roland Garcia | Receive and review correspondence from opposing counsel (.10); receive and review reply (.10). | 0.20 | 70.00 |
| 04/12/22 | Steven Higginbotham | Draft propose order granting joint stipulation to modify scheduling order. | 0.80 | 352.00 |
| 04/13/22 | Colin W. Fraser | Review and respond to emails with opposing counsel concerning stipulation to amend scheduling order. | 0.10 | 55.00 |
| 04/13/22 | Roland Garcia | Receive and review correspondence from opposing counsel regarding scheduling order. | 0.10 | 35.00 |
| 04/25/22 | Roland Garcia | Receive and review correspondence from opposing counsel regarding scheduling order. | 0.10 | 35.00 |
| 04/26/22 | Roland Garcia | Receive and review correspondence from opposing counsel regarding scheduling order. | 0.10 | 35.00 |
| 04/28/22 | Roland Garcia | Receive and review multiple correspondence regarding scheduling order (.50); receive and review Court ECF Notice (.10); receive and review Joint Stipulation on Scheduling Order (.20). | 1.30 | 455.00 |
| 04/29/22 | Roland Garcia | Receive and review Court ECF Notice. | 0.10 | 35.00 |

Total Time:    3.20
Total Fees:              $ 1,292.00

Invoice No.:    5967486    Page 2
Re:    Emerge Employer Solutions Inc.
Matter No.:    190097.010300

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/27/22 | WestlawNext Research by FRASER,COLIN. | $ | 73.00 |
| | | Total Expenses:  $ | 73.00 |

**GreenbergTraurig**

Invoice No. : 5944711
File No.    : 190097.010300
Bill Date   : April 7, 2022

National Payment Corporation
3415 West Cypress St.
Tampa, FL  33607

Attn:  George E. Hamilton
       Chairman

## INVOICE

Re:    Emerge Employer Solutions Inc.

Legal Services through March 31, 2022:

|  |  |  |
|---|---|---|
|  | $ | 9,137.00 |
| Less Courtesy Discount: | $ | (4,555.00) |
| Total Fees: | $ | 4,582.00 |
| **Current Invoice**: | **$** | **4,582.00** |

RG:CS
Tax ID: 13-3613083


## GT GreenbergTraurig

Invoice No. :    5944711
File No.      :    190097.010300

### Note:  Payment is Due 30 Days from Date of Invoice

*FOR YOUR CONVENIENCE,*
*PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
*FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:                    WELLS FARGO BANK
ABA #:                   121000248

**For ACH Instructions:**
Bank:                    WELLS FARGO BANK
ABA#                     063107513

CREDIT TO:               GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:               2000014648663
**PLEASE**
**REFERENCE:**           **CLIENT NAME:**        **NATIONAL PAYMENT CORPORATION**
                         **FILE NUMBER:**        **190097.010300**
                         **INVOICE NUMBER:**     **5944711***
                         **BILLING**
                         **PROFESSIONAL:**        **Roland Garcia**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**

RG:CS
Tax ID: 13-3613083



Invoice No.: 5944711
File No.     : 190097.010300

## Summary of Fees (Current Invoice)

| Timekeeper | Status | Hours | Rate | Amount |
|---|---|---|---|---|
| Colin W. Fraser | Shareholder | 4.60 | 550.00 | 2,530.00 |
| Roland Garcia | Shareholder | 3.60 | 350.00 | 1,260.00 |
| Steven Higginbotham | Associate | 1.80 | 440.00 | 792.00 |
| | Totals: | 10.00 | $ | 4,582.00 |

|  |  | --------------------- Past Due --------------------- |  |  |
|---|---|---|---|---|
| Total Due | 0-30 Days | 31+ Days | 61+ Days | 91+ Days |
| $ 4,582.00 | 4,582.00 | 0.00 | 0.00 | 0.00 |

\* \* \* \* \*

RG:CS
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 1000 Louisiana | Suite 1700 | Houston, Texas 77002
Tel 713.374.3500 | Fax 713.374.3505 | www.gtlaw.com

Invoice No.:      5944711                                                                                    Page 1
Re:               Emerge Employer Solutions Inc.
Matter No.:       190097.010300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/22 | Colin W. Fraser | Call with counsel for EESI in the NatPay litigation to discuss Rule 26(f) report and scheduling conference set for March 18th. | 0.50 | 275.00 |
| 03/02/22 | Roland Garcia | Receive and review correspondence from Colin Fraser regarding stipulation strategy (.10); draft reply (.10); work on same (.30). | 0.50 | 175.00 |
| 03/03/22 | Colin W. Fraser | Draft Rule 26(f) Report for NatPay and review and respond to emails with Roland Garcia concerning same. | 1.20 | 660.00 |
| 03/04/22 | Colin W. Fraser | Review and respond to emails with Michael Fischer (counsel for EESI) concerning Rule 26 Report and redlines made on behalf of NatPay. | 0.60 | 330.00 |
| 03/11/22 | Roland Garcia | Receive and review ECF Notice (.10); receive and review correspondence from opposing counsel (.10); receive and review Plaintiff's Initial Disclosures (.20); receive and review correspondence from co-defendant (.20). | 0.60 | 210.00 |
| 03/16/22 | Roland Garcia | Receive and review Court Clerk ECF Notice on court assignment (.10); receive and review Court ECF Notice on ADR referral (.10); receive and review Court ECF Notice on new scheduling dates (.20). | 0.40 | 140.00 |
| 03/17/22 | Colin W. Fraser | Review scheduling order, order referring case to ADR, and Judge Staton's standing order, which were all issued yesterday, and draft email to Roland Garcia to discuss same. | 1.00 | 550.00 |
| 03/17/22 | Roland Garcia | Receive and review correspondence from Colin Fraser on status and new schedule and proposed plan of action (.30); assess same and draft recommendation (.50); receive and review reply (.20). | 1.00 | 350.00 |
| 03/21/22 | Roland Garcia | Receive and review correspondence from client regarding audit letter request pertaining to the EESI matter (.20); review file and draft case status for EESI matter for audit letter reply (.80); receive and review ECF Notice (.10). | 1.10 | 385.00 |
| 03/22/22 | Colin W. Fraser | Call with Tom Russell of Lewis Brisbois (counsel for Infinza), call with Michel Fischer (counsel for Plaintiff), research local rules governing stipluations to amend scheduling orders, and draft email to Roland Garcia and Anna Robshaw to update them on same. | 1.00 | 550.00 |
| 03/24/22 | Colin W. Fraser | Call with Steven Higginbotham to have him draft stipulation to amend scheduling order. | 0.30 | 165.00 |
| 03/24/22 | Steven Higginbotham | Email and phone communication with R Garcia and C Frasier regarding assignment to compose Joint Stipulation to Modify Scheduling Order (.3); Preparation of Stipulation (1.5). | 1.80 | 792.00 |

|  |  | Total Time: | 10.00 |  |
|---|---|---|---|---|
|  |  | Total Fees: |  | $ 4,582.00 |

Invoice No.:      5944711                                                        Page 2
Re:               Emerge Employer Solutions Inc.
Matter No.:       190097.010300

Invoice No.: 5944711 Page 3
Re: Emerge Employer Solutions Inc.
Matter No.: 190097.010300

Description of Expenses Billed:

DATE | DESCRIPTION | AMOUNT

**No expenses charged to this file**


GreenbergTraurig

Invoice No.: 5894637
File No.    :  190097.010300
Bill Date   :  February 8, 2022

National Payment Corporation
3415 West Cypress St.
Tampa, FL  33607

Attn:  George E. Hamilton
         Chairman

## INVOICE

Re:   Emerge Employer Solutions Inc.

Legal Services through January 31, 2022:

| | | |
|---|---|---|
| | $ | 39,802.50 |
| Less Courtesy Discount: | $ | (18,397.50) |
| Total Fees: | $ | 21,405.00 |
| **Current Invoice**: | **$** | **21,405.00** |

RG:CS
Tax ID: 13-3613083



Invoice No. :   5894637
File No.     :   190097.010300

**Note:  Payment is Due 30 Days from Date of Invoice**

> *FOR YOUR CONVENIENCE,*
> *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:            WELLS FARGO BANK
ABA #:           121000248

**For ACH Instructions:**
Bank:            WELLS FARGO BANK
ABA#             063107513

CREDIT TO:            GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:           2000014648663
**PLEASE**
**REFERENCE:**       **CLIENT NAME:**        **NATIONAL PAYMENT CORPORATION**
                     **FILE NUMBER:**        **190097.010300**
                     **INVOICE NUMBER:**     **5894637***
                     **BILLING**
                     **PROFESSIONAL:**       **Roland Garcia**
IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**

RG:CS
Tax ID: 13-3613083


GT GreenbergTraurig

Invoice No.:  5894637
File No.    :  190097.010300

### Summary of Fees (Current Invoice)

| Timekeeper | Status | Hours | Rate | Amount |
|---|---|---|---|---|
| Colin W. Fraser | Shareholder | 26.70 | 550.00 | 14,685.00 |
| Roland Garcia | Shareholder | 8.20 | 350.00 | 2,870.00 |
| Anna Robshaw | Associate | 11.00 | 350.00 | 3,850.00 |
| | Totals: | 45.90 | | $  21,405.00 |

---------------------- Past Due ----------------------

| Total Due | 0-30 Days | 31+ Days | 61+ Days | 91+ Days |
|---|---|---|---|---|
| $ 21,405.00 | 21,405.00 | 0.00 | 0.00 | 0.00 |

* * * * *

RG:CS
Tax ID: 13-3613083

Invoice No.:    5894637                                                                 Page 1
Re:            Emerge Employer Solutions Inc.
Matter No.:    190097.010300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/03/22 | Colin W. Fraser | Call with Roland Garcia and George Hamilton to discuss lawsuit by EEI against NatPay filed in C.D. Cal.; call with opposing counsel Michael Fischer to discuss the stipulated extension for NatPay to respond and prepare the stipulation for filing; review and draft notes on Service Agreement and quickly research 9th Circuit law governing the incorporation by reference doctrine. | 3.80 | 2,090.00 |
| 01/03/22 | Roland Garcia | Prepare for client meeting (.50); attend client meeting status call and introduction to local counsel (.40); work on same (.20); receive and review correspondence from Colin Fraser regarding agreement with opposing counsel for stipulation (.10); draft reply (.10). | 1.30 | 455.00 |
| 01/04/22 | Roland Garcia | Draft correspondence to Colin Fraser regarding assistance from Anna Robshaw (.10); conference with Anna Robshaw (.20); receive and review reply from Mr. Fraser (.10); work on revisions to Motion for Pro Hac Vice Admission (.30); draft correspondence on same (.10). | 0.80 | 280.00 |
| 01/04/22 | Anna Robshaw | Review and analyze Complaint. | 1.60 | 560.00 |
| 01/05/22 | Colin W. Fraser | Call with Anna Robshaw to discuss research for use in NatPay's motion to dismiss the Emerge Solutions Complaint. | 0.50 | 275.00 |
| 01/05/22 | Anna Robshaw | Initial strategy determinations regarding Motion to Dismiss. | 1.50 | 525.00 |
| 01/07/22 | Anna Robshaw | Review and analyze relevant statutes and case law regarding incorporation by reference in preparation for drafting Motion to Dismiss. | 2.80 | 980.00 |
| 01/10/22 | Colin W. Fraser | Review research from Anna Robshaw on incorporation by reference; research other defenses to interference with contract and/or economic advantage and draft email to A. Robshaw for follow up research. | 1.20 | 660.00 |
| 01/10/22 | Roland Garcia | Receive and review correspondence from client (.10); draft reply (.10). | 0.20 | 70.00 |
| 01/12/22 | Anna Robshaw | Review and analyze Complaint and review and analyze relevant statutes and case law regarding interference with contractual relationships in preparation for drafting Motion to Dismiss. | 2.30 | 805.00 |
| 01/14/22 | Anna Robshaw | Further review and analysis of relevant case law and statutes in preparation for Rule 12(b)(6) Motion to Dismiss. | 2.80 | 980.00 |
| 01/16/22 | Colin W. Fraser | Review research from Anna Robshaw concerning EESI's complaint against NatPay and draft research email to A. Robshaw with further thoughts and case law governing EESI's claims. | 2.40 | 1,320.00 |

Invoice No.:    5894637                                                          Page 2
Re:             Emerge Employer Solutions Inc.
Matter No.:     190097.010300

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/19/22 | Colin W. Fraser | Research and draft Natpay motion to dismiss. | 5.40 | 2,970.00 |
| 01/19/22 | Roland Garcia | Receive and review correspondence from Colin Fraser on developments with opposing counsel (.10); draft reply (.10); receive and review correspondence from Allan Van Fleet (.10); draft reply (.10); draft recommended strategy (.30); receive and review reply (.10). | 0.70 | 245.00 |
| 01/20/22 | Colin W. Fraser | Review records from NatPay showing refunds and timeline of events and draft email to opposing counsel to recommend a nonsuit. | 0.50 | 275.00 |
| 01/24/22 | Roland Garcia | Receive and review exhibits for Motion for Pro Hac Vice admission (.20); finalize motion and execute same (.20); draft correspondence on same (.20); receive and review reply (.10); receive and review correspondence from opposing counsel (.10). | 0.80 | 280.00 |
| 01/26/22 | Colin W. Fraser | Research and draft NatPay motion to dismiss; call opposing counsel to discuss non-suit option. | 3.50 | 1,925.00 |
| 01/26/22 | Roland Garcia | Receive and review correspondence from Colin Fraser on status (.20); draft reply and recommended plan of action (.30). | 0.50 | 175.00 |
| 01/27/22 | Colin W. Fraser | Finalize NatPay motion to dismiss EESI lawsuit and draft supporting declaration, notice of motion, and proposed order; call with opposing counsel to meet and confer on same. | 6.50 | 3,575.00 |
| 01/27/22 | Roland Garcia | Receive and review correspondence from Colin Fraser on status (.20); receive and review draft motion and order (.50). | 0.70 | 245.00 |
| 01/28/22 | Colin W. Fraser | Finalize NatPay motion to dismiss and related materials and send to client for review. | 1.40 | 770.00 |
| 01/28/22 | Roland Garcia | Receive and review correspondence from Colin Fraser on draft Motion to Dismiss (.10); draft reply (.10); receive and review correspondence from client regarding NACHA issue (.10); draft correspondence to Mr. Fraser on same (.20); draft and send related materials to Mr. Fraser (.50); receive and review correspondence from Mr. Van Fleet on motion (.10); draft correspondence regarding venue issue (.10); receive and review reply (.10); work on edits to Notice of Motion to Dismiss and draft correspondence on same (1.50). | 2.30 | 805.00 |
| 01/29/22 | Colin W. Fraser | Incorporate comments and suggestions by George Hamilton and Roland Garcia into the NatPay motion to dismiss and circulate final draft. | 1.00 | 550.00 |
| 01/29/22 | Roland Garcia | Receive and review correspondence from Colin Fraser regarding revisions to Motion to Dismiss (.10); receive and review correspondence from client regarding certificate of interested parties (.10); receive and review response from Mr. Fraser (.10); work on same (.20). | 0.50 | 175.00 |
| 01/31/22 | Colin W. Fraser | Finalize and coordinate filing of NatPay motion to dismiss | 0.50 | 275.00 |
| 01/31/22 | Roland Garcia | Receive and review correspondence from Colin | 0.40 | 140.00 |

Invoice No.:      5894637                                            Page 5
Re:              Emerge Employer Solutions Inc.
Matter No.:      190097.010300

Fraser (.10); receive and review file-stamped
Motion to Dismiss (.20); draft reply (.10).

| | | |
|---|---|---|
| Total Time: | 45.90 | |
| Total Fees: | | $ 21,405.00 |

Invoice No.:    5894637
Re:             Emerge Employer Solutions Inc.
Matter No.:     190097.010300

Page 4

<u>Description of Expenses Billed</u>:

<u>DATE</u>          <u>DESCRIPTION</u>                                                                 <u>AMOUNT</u>

<u>**No expenses charged to this file**</u>

# EXHIBIT C

## Dhaliwal, Amrit (Assoc-OC-LT)

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, July 5, 2022 11:33 AM |
| **To:** | noreply@ao.uscourts.gov |
| **Subject:** | Activity in Case 8:21-cv-01933-JLS-DFM Emerge Employer Solutions Inc. v. Infinza, Inc. et al Order on Motion to Dismiss Case |

**\*EXTERNAL TO GT\***

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 7/5/2022 at 11:32 AM PDT and filed on 7/1/2022
**Case Name:**     Emerge Employer Solutions Inc. v. Infinza, Inc. et al
**Case Number:**     8:21-cv-01933-JLS-DFM
**Filer:**
**Document Number:** 35

**Docket Text:**
**MINUTES OF (ZOOM) DEFENDANT NATIONAL PAYMENT CORPORATIONS NOTICE OF MOTION AND MOTION TO DISMISS, MOTION TO STRIKE, AND IN THE ALTERNATIVE MOTION TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE before Judge Josephine L. Staton: Motion hearing held on Zoom. The Court grants Defendant NatPay's Motion to Dismiss or Transfer and dismisses Defendant, NatPay, from the present action. The dismissal shall be without prejudice to refiling in a proper forum identified by the applicable forum selection clause. Court Reporter: Deborah Parker. (jp)**

**8:21-cv-01933-JLS-DFM Notice has been electronically mailed to:**

Michael Robert Fischer     mfischer@crosscourtlaw.com

Roland Garcia     garciar@gtlaw.com

John L Barber     marla.markham@lewisbrisbois.com, john.barber@lewisbrisbois.com, cheryl.scranton@lewisbrisbois.com

1

Colin W. Fraser    oclitdock@gtlaw.com, frasercw@gtlaw.com, hudakv@gtlaw.com

**8:21-cv-01933-JLS-DFM Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV 21-01933-JLS | Date | July 1, 2022 |
|---|---|---|---|
| Title | Emerge Employer Solutions Inc. v. Infinza, Inc., et al. | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Krystal Pastrana Hernandez
Deputy Clerk

Deborah Parker
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

Michael Fischer

ATTORNEYS PRESENT FOR DEFENDANT:

Colin Fraser

**PROCEEDINGS: (ZOOM) DEFENDANT NATIONAL PAYMENT CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS, MOTION TO STRIKE, AND IN THE ALTERNATIVE MOTION TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE**

Motion hearing held on Zoom.   The Court hears oral argument from the parties.

For the reasons stated on the record, the Court grants Defendant NatPay's Motion to Dismiss or Transfer and dismisses Defendant, NatPay, from the present action.   The dismissal shall be without prejudice to refiling in a proper forum identified by the applicable forum selection clause.

| | 00 | : | 14 |
|---|---|---|---|
| Initials of Deputy Clerk | kmph | | |