UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  8:21-cv-01933-JLS-DFM                    Date: July 24, 2022
Title:  Emerge Employer Solutions Inc. v. Infinza, Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

    Dolores Ramos                                N/A
   Deputy Clerk                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
   Not Present                                Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEY FEES (Doc. 36)**

Before the Court is Defendant's Motion for Attorney Fees.  (Mot., Doc. 36; Mem., Doc. 36-1.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the hearing set for **October 21, 2022 at 10:30 a.m.**, is VACATED.  Having considered Defendant's Motion, and for the reasons stated below, the Court DENIES the Motion.

Under Local Rule 7-3, "counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution."  L.R. 7-3.  "The conference shall take place at least seven (7) days prior to the filing of the motion."  *Id.*  Here, Defendant's counsel has shirked Local Rule 7-3's requirements: counsel merely left a voicemail for Plaintiff's counsel on the same day Defendant filed this Motion.  (*See* Mot. at 2; Fraser Decl., Doc. 36-2, ¶ 5.)  "The Court may decline to consider a motion unless it meets the requirements of L.R. 7-3 through 7-8."  L.R. 7-4.  Further, the irony is not lost on the Court that Defendant has filed a Motion on the grounds that Plaintiff "unreasonably and vexatiously multiplied the proceedings in this case by ignoring the forum selection clause," (Mot. at 2), while simultaneously ignoring the local rule designed to avoid unreasonably multiplying the proceedings.

Accordingly, the Motion is DENIED.

                                          Initials of Deputy Clerk: dr