Michaël Fischer, SBN 202543
mfischer@CrossCourtlaw.com
**CROSSCOURT LAW, PC**
22621 Jeronimo Rd.
Lake Forest, California 92630
Telephone: (949) 416-8056

Attorneys for: Emerge Employer Solutions Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERGE EMPLOYER SOLUTIONS INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>INFINZA, INC., an Alabama Corporation; NATIONAL PAYMENT CORPORATION, a Florida Corporation; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 8:21-cv-01933-JLS-DFM<br><br>Case Assigned to Hon. Josephine L. Staton<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE JOSEPHINE L. STATON:**

Pursuant to Local Rule 7-1 and Federal Rule of Civil Procedure ("FRCP"), Rule 41, Plaintiff EMERGE EMPLOYER SOLUTIONS INC. ("Plaintiff") and Defendant INFINZA, INC. ("Defendant"), by and through their respective counsel, hereby stipulate and move the Court for an Order as follows:

1. That the Court dismiss Plaintiff's claims with prejudice against Defendant, pursuant to FRCP 41(a)(1)(A)(ii); and

2. That each party shall bear its own fees and costs in this action.

Date: May 11, 2023

*Michaël Fischer*

Michaël Fischer
**CROSSCOURT LAW, PC**
Attorneys for Plaintiff Emerge Employer Solutions Inc.

Date: May 15, 2023

John L. Barber
Christopher Cho
**BARBER RANEN LLP**
Attorneys for Defendant Infinza, Inc.

## ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 15, 2021

John L. Barber
Christopher Cho
**BARBER RANEN LLP**
Attorneys for Defendant Infinza, Inc.

.